DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Roberto Lua-Ramos


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-13-0233 TLN |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| ROBERTO LUA-RAMOS, | ) |
| Defendant. | ) |
| | ) Date      October 17, 2013 |
| _____ | ) Time:     9:30 a.m. |
| _ | ) Judge:    Hon. Nunley |


**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Roberto Lua-Ramos; that the status conference scheduled for October 10, 2013, be vacated and the matter be continued to this Court's criminal calendar on October 17, 2013, at 9:30 a.m. for further status/possible change of plea.

This continuance is requested by the defense in order to review a proposed plea agreement, discuss the possible defenses and continue review of the discovery.

The parties further stipulate and agree that the Court shall find that:  (1) the failure to grant a continuance in this case would deny

defendant and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial; and (3) the time period from the date of this stipulation, to and including, the new status conference hearing shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to defense preparation.

It is further stipulated that all parties have conferred and agreed to the October 17, 2013 date, and that all parties have consented to Ms. Santos signing and submitting this stipulation.

**IT IS SO STIPULATED.**

Dated: October 7, 2013        /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for
                              Roberto Lua-Ramos

Dated: October 7, 2013        /S/ Olusere Olowoyeye
                              OLUSERE OLOWOYEYE
                              Assistant United States Attorney


**IT IS SO ORDERED.**

Dated: October 7, 2013

                              _____
                              Troy L. Nunley
                              United States District Judge

Stipulation and Order