1  Dina L. Santos, SBN 204200
   A Professional Law Corp.
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Facsimile: (916) 447-2988
4

5  Attorneys for:
   Gustavo Quintero Martinez
6

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12

13

14 | UNITED STATES OF AMERICA,          | CASE NO. CR. S-13-233 TLN
15 |                       Plaintiff,   | STIPULATION AND ORDER RESETTING
   |                                    | JUDGMENT AND SENTENCING TO 1/23/14
16 |         v.                         |
17 | GUSTAVO QUINTERO MARTINEZ,         |
   |    Aka, Roberto Lua Ramos          |
18 |                       Defendant.   |

19                            **STIPULATION**

20         It is hereby stipulated by and between Assistant United States Attorney OLUSERE

21 OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant

22 GUSTAVO QUINTERO MARTINEZ, that the current date scheduled for January 9, 2014, be

23 vacated and the matter be continued to this Court's criminal calendar on January 23, 2014, at

24 9:30 a.m. for judgment and sentencing.

25         The Probation department and the court staff interpreter will be notified of the new date.

26 ///

27 //

28

   Stipulation and Order Continuing J&S              1

/

IT IS SO STIPULATED.

Dated: January 6, 2014                BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Olusere Olowoyeye
                                      OLUSERE OLOWOYEYE
                                      Assistant United States Attorney

Dated: January 6, 2014                /s/   Dina L. Santos
                                      DINA SANTOS, ESQ.
                                      Attorney for Gustavo Quintero Martinez

## ORDER

IT IS SO FOUND AND ORDERED this 7th day of January, 2014.

Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S                    2