1  Dina L. Santos, SBN 204200
   A Professional Law Corp.
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Facsimile:  (916) 447-2988
4

5  Attorneys for:
   Gustavo Quintero Martinez
6

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  UNITED STATES OF AMERICA,            CASE NO.  2:13-CR-233 TLN

15                    Plaintiff,         STIPULATION AND ORDER RESETTING
                                         JUDGMENT AND SETENCING TO 2/6/14
16         v.

17  GUSTAVO QUINTERO MARTINEZ,
       Aka, Roberto Lua Ramos
18                    Defendant.

19                              **STIPULATION**

20         It is hereby stipulated by and between Assistant United States Attorney OLUSERE

21  OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant

22  GUSTAVO QUINTERO MARTINEZ, that the current date scheduled for January 23, 2014, be

23  vacated and the matter be continued to this Court's criminal calendar on February 6, 2014, at

24  9:30 a.m. for judgment and sentencing.

25         The Probation department and the court staff interpreter will be notified of the new date.

26  ///

27  ///

28

    Stipulation and Order Continuing J&S            1

IT IS SO STIPULATED.

Dated: January 21, 2014                              BENJAMIN B. WAGNER
                                                     United States Attorney


                                                      /s/ Olusere Olowoyeye
                                                     OLUSERE OLOWOYEYE
                                                     Assistant United States Attorney


Dated: January 21, 2014                               /s/   Dina L. Santos
                                                     DINA SANTOS, ESQ.
                                                     Attorney for Gustavo Quintero Martinez

**ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of January, 2014

Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S                2