Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
Gustavo Quintero Martinez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>GUSTAVO QUINTERO MARTINEZ,<br>   Aka, Roberto Lua Ramos<br>              Defendant. | CASE NO.  2:13-CR-233 TLN<br><br>STIPULATION AND ORDER RESETTING JUDGMENT AND SENTENCING TO FEBRUARY 13, 2014 |

**STIPULATION**

It is hereby stipulated by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant GUSTAVO QUINTERO MARTINEZ, that the current date scheduled for February 6, 2014, be vacated and the matter be continued to this Court's criminal calendar on February 13, 2014, at 9:30 a.m. for judgment and sentencing.

The Probation department and the court staff interpreter will be notified of the new date.

///

//

Stipulation and Order Continuing J&S                              1

IT IS SO STIPULATED.

Dated:  Feb. 4, 2014	BENJAMIN B. WAGNER
	United States Attorney


	 /s/ Olusere Olowoyeye
	OLUSERE OLOWOYEYE
	Assistant United States Attorney


Dated:  Feb. 4, 2014	 /s/   Dina L. Santos
	DINA SANTOS, ESQ.
	Attorney for Gustavo Quintero Martinez

## ORDER

IT IS SO FOUND AND ORDERED this 4th day of February, 2014.

Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S	2